JEFFREY M. OLSON (SBN 104074)
MATTHEW S. JORGENSON (SBN 229131)
SIDLEY AUSTIN LLP
555 West Fifth Street, Suite 4000
Los Angeles, California 90013-1010
(213) 896-6000 phone
(213) 896-6600 fax

STEPHEN C. BEUERLE (SBN 181990)
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
530 B Street, Suite 2100
San Diego, California 92101-4469
(619) 238-1900 phone
(619) 235-0398 fax

Attorneys for Plaintiff
SYNTHES (U.S.A.)

FILED
07 FEB 14 PM 3:47
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHES (U.S.A.), a Pennsylvania partnership,<br><br>    Plaintiff,<br><br>v.<br><br>G.M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO A/K/A GMREIS, a Brazilian corporation<br><br>    Defendant. | Case No.: 07 CV 0309 L AJB<br><br>**COMPLAINT FOR PATENT INFRINGEMENT AND INJUNCTIVE RELIEF**<br><br>**DEMAND FOR JURY TRIAL** |

LA1 886346v.1

Plaintiff Synthes (U.S.A.) (hereinafter "Synthes"), through its attorney, alleges for its complaint against Defendant G.M. Dos Reis Jr. Ind. Com. De Equip. Medico A/K/A GMReis (hereinafter "GMReis"), upon knowledge with respect to its own actions and upon information and belief with respect to the actions of others:

## NATURE OF THE ACTION

1. This claim for patent infringement arises under the laws of the United States of America, 35 U.S.C. §§ 100, *et seq*.

2. This claim for patent infringement is generally directed to locking plates for the treatment of fractured bones.

3. By making, using, offering to sell, selling, and/or importing into the United States locking bone plates that infringe Synthes' patent rights, GMReis is depriving Synthes of the exclusive right to use and profit from its inventions.

## JURISDICTION AND VENUE

4. This Court has original jurisdiction over the subject matter of this action under 35 U.S.C. § 271 and 28 U.S.C. §§ 1331 and 1338(a).

5. GMReis is subject to personal jurisdiction in this Court because, *inter alia*, and upon information and belief, GMReis directly and through agents imported into the United States and/or offered to sell locking plates that infringe Synthes' patent rights in the Southern District of California and has, *inter alia*, displayed said locking plates at the 2007 American Association of Orthopaedic Surgeons Annual Meeting in San Diego, California for the purpose of generating interest in infringing products to the commercial detriment of the rightful patentee.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(b) because a substantial part of the events or omissions giving rise to the claims occurred in this district, or a substantial part of the property that is the subject of the

action is situated in this district, or both, and because GMReis is subject to personal jurisdiction in this Court.

## PARTIES

7. Synthes (U.S.A.) is a Pennsylvania partnership having its principal place of business at 1302 Wrights Lane East, West Chester, Pennsylvania, 19380, in Chester County. Synthes (U.S.A.) designs, develops, manufactures and markets skeletal fixation devices.

8. Upon information and belief, GMReis is a Brazilian company having a place of business at R. Antonio Carlos Sebastião, 120, Campinas – SP – Brazil, 13052.504.

## BACKGROUND

9. United States Patent No. 7,128,744 ("the '744 Patent") was duly and lawfully issued by the Untied States Patent and Trademark Office on October 31, 2006, and is entitled "Bone Plating System." A copy of the '744 Patent is attached hereto as Exhibit A.

10. Synthes is the exclusive assignee and owner of the '744 Patent, and holds substantial rights thereunder, including the right to sue in its own name.

## COUNT I
## INFRINGEMENT BY GMREIS

11. Paragraphs 1-10 are incorporated herein in their entirety.

12. On information and belief, GMReis has been and still is making, using, offering for sale, selling, and/or importing into the United States products, systems and/or apparatuses that infringe the '744 Patent, all in violation of 35 U.S.C. § 271, and without the authorization of Synthes, and will continue to do so unless enjoined by this Court.

13.     By reason GMReis' acts of infringement, Synthes has suffered and is suffering damages, including impairment of the value of the '744 Patent, in an amount yet to be determined.

14.     GMReis' acts of infringement are causing irreparable harm to Synthes and will continue to cause irreparable harm unless enjoined by this Court.

15.     GMReis' continued infringement of the '744 Patent would be willful and deliberate, and would justify an increase of three times the damages to be assessed pursuant to 35 U.S.C. § 284 and, further, would qualify this as an exceptional case supporting an award of reasonable attorneys' fees pursuant to 35 U.S.C. § 285.

## PRAYER FOR RELIEF

WHEREFORE, Synthes prays the Court for the following relief:

1.     The entry of a judgment that GMReis has infringed the '744 Patent.

2.     That GMReis, its officers, partners, employees, agents, representatives, attorneys and all persons acting or claiming to act on its behalf or under its direction or authority and all persons acting in concert or in participation with GMReis be enjoined during the pendency of this action, and thereafter perpetually from making, using, offering for sale, selling or importing any and all infringing devices in violation of the '744 Patent anywhere in the United States.

3.     That GMReis be required to deliver up to Synthes for destruction any and all advertising, marketing or distribution materials within the United States related to GMReis' infringing products.

4.     That GMReis be required to account for and pay over to Synthes the cumulative damages sustained by Synthes by reason of GMReis' unlawful acts of patent infringement, herein alleged, that the amount of recovery be increased as provided by law, up to three times, and that interest be awarded to Synthes.

5. A judgment and declaration that this is an exceptional case within the meaning of 35 U.S.C. § 285 and that Synthes be awarded its reasonable costs and attorneys' fees.

6. That Synthes have such other and further legal or equitable relief as the Court may deem necessary or appropriate.

## DEMAND FOR JURY TRIAL

Synthes hereby respectfully requests a trial by jury for each and every issue so permitted by law and statute.

Respectfully submitted,

Dated: February 14, 2007          By: _____
                                        Jeffrey M. Olson
                                        Attorneys for Plaintiff
                                        SYNTHES (U.S.A.)

**JS 44** (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
SYNTHES (U.S.A), a Pennsylvania partnership

## DEFENDANTS
G.M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO A/K/A GMREIS, a Brazilian Corporation

**(b)** County of Residence of First Listed Plaintiff **Chester**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Jeffrey M. Olson, Esq.
SIDLEY AUSTIN, LLP
555 West Fifth Street, Suite 4000
Los Angeles, CA 90013
(213) 896-6000

Attorneys (If Known)

FILED
FEB 14 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

'07 CV 0309 L AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs. | ☒ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV ☐ 810 Selective Service ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | | | |
| | ☐ 440 Other Civil Rights | | | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. §§ 100 et seq.

Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: February 14, 2007
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # 135004  AMOUNT $350  APPLYING IFP  JUDGE  MAG. JUDGE

2/14/07

American LegalNet, Inc. | www.USCourtForms.com

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I. **(a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

(b.) County of Residence. For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

(c) Attorneys. Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

III. **Residence (citizenship) of Principal Parties.** This section of the JS-44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

V. **Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a) Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**     Example:     U.S. Civil Statute: 47 USC 553
Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS-44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

American LegalNet, Inc. | www.USCourtForms.com

```
UNITED STATES
DISTRICT COURT
Southern District of California
   San Diego Division

    # 135004  -  A3
   February 14, 2007

Code      Case #       Qty    Amount

CV086960  3-07-CV-0309         60.00 CH
  Judge    - LORENZ
CV086400                      100.00 CH
CV516000                      190.00 CH


Total->                       350.00


FROM: CIVIL FILING
      SYNTHES V. GM DOS REIS JR ETAL
      BCH 9569
      SH
```