```
 1  JOHN M. BENASSI (Bar No. 74137)
    MATTHEW LAPPLE (Bar No. 193546)
 2  HELLER EHRMAN LLP
    4350 La Jolla Village Drive, 7th Floor
 3  San Diego, CA 92122-1246
    Telephone: +1.858.450.8400
 4  Facsimile: +1.858.450.8499

 5  Attorneys for Defendant
    G.M. DOS REIS JR. IND. COM. DE
 6  EQUIP. MEDICO A/K/A GMREIS
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHES (U.S.A.), a Pennsylvania partnership,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>G.M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO A/K/A GMREIS, a Brazilian corporation,<br><br>　　　　　　　　　　　Defendant. | Case No.: 07 CV 0309 L AJB<br><br>**DECLARATION OF GERALDO MARINS DOS REIS, JR. IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GMREIS; AND CERTIFIED ENGLISH TRANSLATION THEREOF**<br><br>DATE: Monday, June 4, 2007<br>TIME: 10:30 a.m.<br>PLACE: 880 Front Street<br>　　　　Courtroom 14, 5th Floor<br>　　　　San Diego, CA 92101<br>JUDGE: Hon. M. James Lorenz |

Heller Ehrman LLP

1

DECLARATION OF GERALDO MARINS DOS REIS, JR. IN SUPPORT OF MOTION TO DISMISS BY
DEFENDANT GMREIS                                    Case No.: 07 CV 0309 L AJB

# SELENE CUBEROS PEREZ
### TRADUTOR PÚBLICO
INGLÊS - PORTUGUÊS
## TRADUÇÃO OFICIAL

Alphaville: Alameda Araguaia, 1293 - 7ª andar - sala 706 - Barueri - SP - 06455-000
TEL. 55 11 4191-6868 - Fax. 55 11 4191-2888 - E-mail: alphaville@fidelity.com.br
São Paulo: Rua Libero Badaró, 377 - 29º andar - São Paulo - SP - 01009-906
TEL. 55 11 2166-4444 - Fax. 55 11 2166-4466 - E-mail: sp@fidelity.com.br
Campinas: TEL. 55 19 3295-4000 - E-mail: campinas@fidelity.com.br
Rio de Janeiro: TEL. 55 21 2507-1988 - E-mail: rj@fidelity.com.br
Belo Horizonte: TEL. 55 31 3274-4343 - E-mail: mg@fidelity.com.br
Curitiba: TEL. 55 41 3322-0077 - E-mail: pr@fidelity.com.br
Porto Alegre: TEL. 55 51 3346-1111 - E-mail: rs@fidelity.com.br
Brasília: TEL. 55 61 3223-7000 - E-mail: df@fidelity.com.br
Website: www.fidelity.com.br

Matr. JUCESP Nº 1695           C.P.F. Nº 701.395.718-68
C.C.M. 9.382.440-0             R.G. 5.266.238

TRADUÇÃO Nº 1-47278/07   LIVRO Nº 399   FOLHAS Nº 3

21. GMReis did not sell any of the five sample locking plates in the United States and would not have been allowed to do so, because the FDA has not approved them for use or sale in the U.S.

22. In fact, GMReis has not even applied to the FDA for approval of the GMReis locking plates.

23. At the GMReis display table for the AAOS Meeting, I displayed prominent signs stating that the GMReis products were not approved by the FDA and were not for sale in the U.S.

24. Additionally, GMReis product literature at our display table had a statement that the GMReis products were not approved by the FDA and were not for sale in the U.S.

25. Attached as Exhibit A is a true and correct copy of several photographs showing the GMReis display table and product literature. The signs and literature statements discussed above are clearly visible and are marked, for the convenience of the Court, by red arrows.

26. No GMReis product literature displayed any price terms for the GMReis locking plates.

27. To the best of my knowledge, no one asked myself or any GMReis employee at the AAOS Meeting what the prices were for the locking plates. Also, to the best of my knowledge, neither myself nor any GMReis employee at the AAOS Meeting told anyone what the prices were for the GMReis locking plates.

28. While at the AAOS Meeting, I did not tell anyone that the locking plates could be purchased or used in the Unites States.

29. To the best of my knowledge, no GMReis employees has ever told anyone that the locking plates could be purchased or used in the United States.

I declare, under penalty of perjury under the laws of the United States, that to the best of my knowledge, information and belief, the foregoing statements are true and correct.

Executed on March 29, 2007, in Campinas, São Paulo, Brazil.
Signed: [illegible signature].
Name: Geraldo Marin dos Reis Jr.

------

[The document bears the following legalization:]
5th Notary's Office of Campinas
[Address:] Rua Maria Monteiro, 536, Cambuí, Campinas, SP - CEP: 13025-150
PABX: (19) 3705-3300 - Fax: (19) 3705-3311
Notary: Bachelor Jose Claudio Lopes da Silva

I do hereby certify the signature of Geraldo Marins dos Reis Junior.
Campinas, April 3, 2007.

# SELENE CUBEROS PEREZ
## TRADUTOR PÚBLICO
### INGLÊS - PORTUGUÊS
## TRADUÇÃO OFICIAL

**Alphaville:** Alameda Araguaia, 1293 - 7º andar - sala 706 - Barueri - SP - 06455-000
TEL.: 55 11 4191-6868 – Fax: 55 11 4191-2888 – E-mail: alphaville@fidelity.com.br
**São Paulo:** Rua Libero Badaró, 377 - 29º andar - São Paulo - SP - 01009-906
TEL.: 55 11 2166-4444 – Fax: 55 11 2166-4466 – E-mail: sp@fidelity.com.br
**Campinas:** TEL.: 55 19 3295-4000 – E-mail: campinas@fidelity.com.br
**Rio de Janeiro:** TEL.: 55 21 2507-1988 – E-mail: rj@fidelity.com.br
**Belo Horizonte:** TEL.: 55 31 3274-4343 – E-mail: mg@fidelity.com.br
**Curitiba:** TEL.: 55 41 3322-0077 – E-mail: pr@fidelity.com.br
**Porto Alegre:** TEL.: 55 51 3346-1111 – E-mail: rs@fidelity.com.br
**Brasília:** TEL.: 55 61 3223-7000 – E-mail: df@fidelity.com.br
Website: www.fidelity.com.br

Matr. JUCESP Nº 1695　　　　　　　　　　　　C.P.F. Nº 701.395.718-68
C.C.M. 9.382.440-0　　　　　　　　　　　　　R.G. 5.266.238

TRADUÇÃO Nº 1-47278/07　　LIVRO Nº　399　　FOLHAS Nº　　4

Fees paid: R$2.65.
In witness of the truth.
Signed: [illegible signature].
Name: Pablo C. A. Simonetti Silva.
Title: Clerk.
This legalization is valid with the authenticity seal only.
326857/555 – 01:48:39 p.m.
[The document also bears a partially legible stamp, a seal with the text "Colégio Notarial do Brasil – Arpen – State of São Paulo" duly numbered and, on its first three pages, initials.]

NOTHING FURTHER WAS CONTAINED IN THE DOCUMENT SUBMITTED.
I verified it and certify to it.
The Sworn Public Translator.
São Paulo, April 04, 2007.

**SELENE CUBEROS PEREZ**
Tradutor Público



JOHN M. BENASSI (Ordem dos Advogados No 74137)
MATTHEW LAPPLE (Ordem dos Advogados No 193546)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7o andar
San Diego, CA 92122-1246 [Califórnia]
Telefone: +1.858.450.8400
Fac-símile: +1.858.450.8499
Advogados do Requerido

G. M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO, também conhecida como GMREIS

CORTE DISTRITAL DOS ESTADOS UNIDOS DO DISTRITO SUL DA CALIFÓRNIA

SYNTHES (U.S.A.), sociedade da Pensilvânia,
Requerente.

contra

G. M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO, também conhecida como GMREIS,
corporação brasileira,
Requerida.

Ação No: Ação No: 07 CV 0309 L AJB

DECLARAÇÃO DE GERALDO MARINS DOS REIS JR. EM SUSTENTAÇÃO À MOÇÃO DE EXTINÇÃO
DO PROCESSO DA REQUERIDA GMREIS

Eu, Geraldo Marins dos Reis Jr., declaro e afirmo o quanto segue:

1. Tenho mais de dezoito anos de idade e faço esta declaração com base em meu conhecimento pessoal. Caso preste juramento na condição de testemunha, poderia e testemunharia competentemente a esse respeito.

2. Sou o Presidente Executivo da Requerida G. M. Dos Reis Jr. Ind. Com. De Equip. Medico, também conhecida como GMReis (doravante denominada "GMReis").

3. Sou um cidadão brasileiro.

4. Estudei engenharia.

5. A GMReis foi constituída ao amparo das leis do Brasil e tem sua sede em Campinas / SP, Brasil. A GMReis desenha, fabrica e vende aparelhos médicos

MATRIZ / MAIN OFFICE: Rua Antonio Carlos Sebastião, 120 ♦ CEP: 13052-504
Campinas / SP / Brasil ♦ Telefax: + 55 19 3765.9900  Fax: + 55 19 3765.9908
E-mail: gmreis@gmreis.com.br

FILIAIS / BRANCHES: São Paulo ♦ Rio de Janeiro ♦ Espírito Santo ♦ Rio Grande do Sul
♦ Bahia ♦ Pernambuco ♦ Ceará ♦ Paraná ♦ Rio Grande do Norte ♦ Minas Gerais



ortopédicos e neurocirúrgicos.

6. A GMReis não possui quaisquer escritórios nos Estados Unidos.

7. A GMReis não possui quaisquer funcionários baseados nos Estados Unidos.

8. A GMReis não detém quaisquer ativos nos Estados Unidos.

9. A GMReis nunca vendeu qualquer um de seus produtos na Califórnia.

10. Os produtos da GMReis não são aprovados pelo Food & Drug Administration [Agência de Administração de Alimentos e Medicamentos] dos Estados Unidos (doravante denominado "FDA") para uso ou venda para humanos nos Estados Unidos.

11. A única venda alguma vez efetuada pela GMReis nos Estados Unidos foi no ano passado, para uma companhia de fornecimento de medicamentos veterinários, situada em Massachusetts. A venda foi de um pequeno número de produtos da GMReis, para finalidades de avaliação, e não resultou em quaisquer outras vendas.

12. A GMReis de fato vende seus produtos no Brasil, América do Sul, Europa e Ásia.

13. Entre os dias 14 a 16 de fevereiro de 2007, compareci ao Encontro Anual da Associação Norte-americana de Cirurgiões Ortopédicos em San Diego (doravante denominada "Encontro da AAOS" [American Association of Orthopaedic Surgeons]). A não ser por essa visita, nunca estive em San Diego, Califórnia, como representante da GMReis. Na viagem, fui acompanhado por outro funcionário da GMReis. Além disso, no meu melhor conhecimento, além dessa mera visita, nenhum funcionário, diretor ou conselheiro da GMReis jamais esteve em San Diego, Califórnia, para ofertar à venda ou comercializar produtos da GMReis.

14. Compareci ao Encontro da AAOS porque muitos cirurgiões de fora dos Estados Unidos comparecem a este encontro anual e a GMReis queria mostrar seus produtos a esses cirurgiões de fora dos Estados Unidos.



15. Até esta data, a GMReis não vendeu quaisquer produtos em conseqüência de sua participação no Encontro da AAOS.

16. Embora a Petição da Requerente Synthes (USA) (doravante denominada "Synthes") não identifique, especificamente, os produtos que acusa de violar sua patente, ela não sugere que os alegados produtos violados sejam "placas bloqueadas".

MATRIZ / MAIN OFFICE: Rua Antonio Carlos Sebastião, 120 • CEP: 13052-504
Campinas / SP / Brasil • Telefax: + 55 19 3765.9900 Fax: + 55 19 3765.9908
E-mail: gmreis@gmreis.com.br

FILIAIS / BRANCHES: São Paulo • Rio de Janeiro • Espírito Santo • Rio Grande do Sul
• Bahia • Pernambuco • Ceará • Paraná • Rio Grande do Norte • Minas Gerais



17. No Encontro da AAOS, a GMReis expôs cinco amostras de produtos que poderiam ser caracterizados como "placas bloqueadas" e que poderiam, para um observador casual, parecer semelhantes àqueles exibidos na patente da Synthes.

18. Um funcionário da GMReis levou essas cinco amostras de placas bloqueadas para os E.U.A., para o Encontro da AAOS, em 12 de fevereiro de 2007. Quando saí dos Estados Unidos em 19 de fevereiro de 2007, trouxe as cinco amostras de placas bloqueadas de volta comigo, para o Brasil. Em outras palavras, as cinco amostras de dispositivos ficaram nos E.U.A. por apenas sete dias.

19. O funcionário da GM Reis levou essas cinco amostras de placas bloqueadas com ele, em sua bagagem, quando viajou do Brasil para os Estados Unidos. Seu vôo vindo do Brasil pousou nos Estados Unidos, primeiramente em Dallas, no Texas. Ele passou pela alfândega norte-americana em Dallas e, então, embarcou em um vôo de Dallas para San Diego.

20. Enquanto se encontravam nos E.U.A., essas cinco amostras de placas bloqueadas não foram usadas para as finalidades para as quais foram projetadas, isto é, elas não foram utilizadas em uma cirurgia para sustentar um osso fraturado. As amostras das placas bloqueadas sequer foram usadas em qualquer workshop ou treinamento de simulação com ossos artificiais.

21. A GMReis não vendeu nenhuma das cinco amostras de placas bloqueadas nos Estados Unidos e nem teria a permissão para fazê-lo, pois elas não foram aprovadas pelo FDA para serem usadas ou vendidas nos E.U.A.

22. Na verdade, a GMReis sequer requereu ao FDA a aprovação de suas placas bloqueadas.

23. Na mesa de exposição da GMReis, no Encontro da AAOS, mostrei avisos em destaque informando que os produtos da GMReis não eram aprovados pelo FDA e não estavam à venda nos E.U.A.

24. Além disso, a literatura de produto da GMReis na mesa de exposição continha uma declaração de que os produtos da GMReis não eram aprovados pelo FDA e não estavam à venda nos E.U.A.

25. Apenso como Anexo A, encontram-se cópias fiéis e verdadeiras de diversas fotografias exibindo a mesa de exposição e a literatura de produto da GMReis. Os avisos e as declarações da literatura mencionados acima estão claramente visíveis e assinalados, para a conveniência do Tribunal, por setas em vermelho.

26. Nenhuma literatura de produto exibia quaisquer condições de preço para as placas bloqueadas da GMReis.

MATRIZ / MAIN OFFICE: Rua Antonio Carlos Sebastião, 120 • CEP: 13052-504
Campinas / SP / Brasil • Telefax: + 55 19 3765.9900 Fax: + 55 19 3765.9908
E-mail: gmreis@gmreis.com.br

FILIAIS / BRANCHES: São Paulo • Rio de Janeiro • Espírito Santo • Rio Grande do Sul
• Bahia • Pernambuco • Ceará • Paraná • Rio Grande do Norte • Minas Gerais



27. No melhor de meu conhecimento, ninguém me perguntou nem a qualquer funcionário da GMReis, durante o Encontro da AAOS, quais eram os preços das placas bloqueadas. Ainda, no meu melhor conhecimento, nem eu nem qualquer funcionário da GMReis, no Encontro da AAOS, contaram a minguém quais eram os preços das placas bloqueadas da GMReis.

28. Durante o Encontro da AAOS, não contei a ninguém que as placas bloqueadas poderiam ser compradas ou usadas nos Estados Unidos.

29. No melhor de meu conhecimento, nenhum funcionário da GMReis jamais contou a qualquer pessoa que as placas bloqueadas poderiam ser compradas ou usadas nos Estados Unidos.

Declaro, sob as penas de perjúrio nos termos das leis dos Estados Unidos, que, no melhor de meu conhecimento, informação e crença, as declarações acima são verdadeiras e corretas.

Assinado no dia 29 de março de 2007 em Campinas, São Paulo, Brasil.

*assinatura*

GERALDO MARIN DOS REIS Jr.



MATRIZ / MAIN OFFICE: Rua Antonio Carlos Sebastião, 120 • CEP: 13052-504
Campinas / SP / Brasil • Telefax: + 55 19 3765.9900 Fax: + 55 19 3765.9908
E-mail: gmreis@gmreis.com.br

FILIAIS / BRANCHES: São Paulo • Rio de Janeiro • Espírito Santo • Rio Grande do Sul
• Bahia • Pernambuco • Ceará • Paraná • Rio Grande do Norte • Minas Gerais

EXHIBIT A









# SELENE CUBEROS PEREZ
TRADUTOR PÚBLICO
INGLÊS - PORTUGUÊS
*TRADUÇÃO OFICIAL*

Alphaville: Alameda Araguaia, 1293 - 7º andar - sala 706 - Barueri - SP - 06455-000
TEL. 55 11 4191-6868 – Fax. 55 11 4191-2888 – E-mail alphaville@fidelity.com.br
São Paulo: Rua Libero Badaró, 377 - 29º andar - São Paulo - SP - 01009-906
TEL. 55 11 2166-4444 – Fax. 55 11 2166-4466 – E-mail sp@fidelity.com.br
Campinas: TEL. 55 19 3295-4000 – E-mail campinas@fidelity.com.br
Rio de Janeiro: TEL. 55 21 2507-1988 – E-mail rj@fidelity.com.br
Belo Horizonte: TEL. 55 31 3274-4343 – E-mail mg@fidelity.com.br
Curitiba: TEL. 55 41 3322-0077 – E-mail pr@fidelity.com.br
Porto Alegre: TEL. 55 51 3346-1111 – E-mail rs@fidelity.com.br
Brasília: TEL. 55 61 3223-7000 – E-mail df@fidelity.com.br
Website: www.fidelity.com.br

Matr. JUCESP Nº 1695  
C.C.M. 9.382.440-0

C.P.F. Nº 701.396.718-68  
R.G. 5.266.238

TRADUÇÃO Nº 1-47278/07   LIVRO Nº   399   FOLHAS Nº   1

I, SELENE CUBEROS PEREZ, a Sworn Translator and Commercial Interpreter for the English language, duly sworn by the Board of Trade of the State of São Paulo - Federative Republic of Brazil, DO HEREBY CERTIFY that a document issued in the PORTUGUESE language was submitted to me, which I faithfully translated into ENGLISH, as follows: --

[Letterhead of GMReis]
JOHN M BENASSI (Bar No. 74137).
MATTHEW LAPPLE (Bar No. 193546).
HELLER EHRMAN LLP.
4350 La Jolla Village Drive, 7th Floor.
San Diego, CA 92122-1246.
Telephone: +1.858.450.8400.
Facsimile: +1.858.450.8499.
Attorneys of Defendant.
G. M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO, a/k/a GMREIS.
UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF CALIFORNIA
SYNTHES (U.S.A.), a Pennsylvania partnership, Plaintiff

v

G.M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO, a/k/a GMREIS, a Brazilian corporation, Defendant.
Case No.: Case No.: 07 CV 0309 L AJB.
DECLARATION OF GERALDO MARINS DOS REIS JR. IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GMREIS.
I, Geraldo Marins dos Reis Jr., declare and state as follows:
1. I am over the age of eighteen and make this declaration based upon my personal knowledge. If sworn as a witness I could and would testify competently thereto.
2. I am the Chief Executive Officer of Defendant G. M. Dos Reis Jr. Ind. Com. De Equip. Medico, a/k/a GMReis (hereinafter "GMReis").
3. I am a Brazilian citizen.
4. I am trained as an engineer.
5. GMReis is incorporated under the laws of Brazil and has its headquarters in Campinas/SP, Brazil. GMReis designs, manufactures and sells orthopedic and neurosurgical medical devices.
6. GMReis does not have any offices in the United States.
7. GMReis does not have any employees based in the United States.
8. GMReis does not own any assets in the United States.
9. GMReis has never sold any of its products in California.

# SELENE CUBEROS PEREZ
TRADUTOR PÚBLICO
INGLÊS - PORTUGUÊS
TRADUÇÃO OFICIAL

Alphaville: Alameda Araguaia, 1293 - 7º andar - sala 706 - Barueri - SP - 06455-000
TEL 55 11 4191-6868 - Fax 55 11 4191-2868 - E-mail alphaville@fidelity.com.br
São Paulo: Rua Libero Badaró, 377 - 29º andar - São Paulo - SP - 01009-906
TEL 55 11 2166-4444 - Fax 55 11 2166-4466 - E-mail sp@fidelity.com.br
Campinas: TEL 55 19 3295-4000 - E-mail campinas@fidelity.com.br
Rio de Janeiro: TEL 55 21 2507-1988 - E-mail rj@fidelity.com.br
Belo Horizonte: TEL 55 31 3274-4343 - E-mail mg@fidelity.com.br
Curitiba: TEL 55 41 3322-0077 - E-mail pr@fidelity.com.br
Porto Alegre: TEL 55 51 3346-1111 - E-mail rs@fidelity.com.br
Brasilia: TEL 55 61 3223-7000 - E-mail df@fidelity.com.br
Website: www.fidelity.com.br

Matr. JUCESP Nº 1695
C.C.M 9.382.440-0

C.P.F. Nº 701.395.718-68
R.G. 5.266.238

TRADUÇÃO Nº I-47278/07    LIVRO Nº  399    FOLHAS Nº    2

10. GMReis products are not approved by the U.S. Food & Drug Administration ("FDA") for use by or sale to humans in the United States.

11. The only sale that GMReis has ever made in the United States was last year, to a veterinary medical supply company located in Massachusetts. The sale was of a small number of GMReis products, for evaluation purposes, and did no result in any furthers sales.

12. GMReis does sell its products in Brazil, South America, Europe and Asia.

13. On February 14 – 16, 2007, I attended the American Association of Orthopaedic Surgeons Annual Meeting in San Diego ("the "AAOS Meeting"). Other than this visit, I have never been to San Diego, California, as a representative of GMReis. On the trip, I was accompanied by another GMReis employee. However, to the best of my knowledge, other than this visit, no employee, officer or director of GMReis has ever been to San Diego, California, to offer for sale or to market GMReis products.

14. I attended the AAOS Meeting because many non-U.S. surgeons attend this annual meeting and GMReis wanted to display its products to these non-U.S. surgeons.

15. Up to this date, GMReis has not sold any products as a result of its attendance at the AAOS Meeting.

16. Although the Complaint of Plaintiff Synthes (USA) (hereinafter "Synthes") does not specifically identify the products that is accuses of infringing its patent, Synthes does not suggest that the alleged infringing products are "locking plates".

17. At the AAOS Meeting, GMReis displayed five sample products that might be characterized as "locking plates" and which might, to a casual observer, seem similar to those shown in the Synthes patent.

18. An employee of GMReis took these five sample locking plates to the U.S. for the AAOS Meeting on February 12, 2007. When I left the U.S., on February 19, 2007, I took the five sample locking plates with me back to Brazil. In other words, the five sample devices were in the U.S. for only seven days.

19. Said employee took these five sample locking plates with him in his luggage when he traveled from Brazil to the United States. His flight from Brazil first landed in the United States in Dallas, Texas. He went through U.S. Customs in Dallas and then boarded a flight from Dallas to San Diego.

20. While these five sample locking plates were in the U.S., they were not used for the purposes for which they are designed, i.e., they were not utilized in a surgery for securing a fractured bone. The sample locking plates were not even used in any workshop or simulation training with artificial bones.

EXHIBIT A





