JOHN M. BENASSI (Bar No. 74137)
MATTHEW LAPPLE (Bar No. 193546)
HELLER EHRMAN LLP
4350 La Jolla Village Drive, 7th Floor
San Diego, CA 92122-1246
Telephone: +1.858.450.8400
Facsimile: +1.858.450.8499

Attorneys for Defendant
G.M. DOS REIS JR. IND. COM. DE
EQUIP. MEDICO A/K/A GMREIS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYNTHES (U.S.A.), a Pennsylvania partnership,<br><br>Plaintiff,<br><br>v.<br><br>G.M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO A/K/A GMREIS, a Brazilian corporation,<br><br>Defendant. | Case No.: 07 CV 0309 L AJB<br><br>**PROOF OF SERVICE** |

I, Francesca Romero, declare as follows:

I am and was at the time of the service mentioned in this declaration, employed in the County of San Diego, California. I am over the age of 18 years and not a party to the within action.

My business address is: Heller Ehrman LLP, 4350 La Jolla Village Drive, 7th Floor, San Diego, CA 92122-1246.

On April 6, 2007, I served the following documents:

/ / /

**DEFENDANT GMREIS'S SPECIAL APPEARANCE, NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT GMREIS'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

**DECLARATION OF GERALDO MARINS DOS REIS, JR. IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GMREIS; AND CERTIFIED ENGLISH TRANSLATION THEREOF**

**DECLARATION OF JOSE LUIZ LANDA LECUMBERRI IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GMREIS; AND CERTIFIED ENGLISH TRANSLATION THEREOF**

**DECLARATION OF MATTHEW C. LAPPLE IN SUPPORT OF MOTION TO DISMISS BY DEFENDANT GMREIS**

**PROOF OF SERVICE**

on the parties to this action by placing true and correct copies in a sealed envelope(s) addressed as follows:

| Attorney/Addressee | Party(ies) Served |
|---|---|
| Jeffrey M. Olson<br>Matthew S. Jorgenson<br>Sidley Austin LLP<br>555 West Fifth Street, Suite 4000<br>Los Angeles, CA 90013-1010<br>Telephone: (213) 896-6000<br>Facsimile: (213) 896-6600<br>Email: jolson@sidley.com<br>Email: mjorgenson@sidley.com | By E-Mail Transmission and U.S. Mail |
| Stephen C. Beuerle<br>Procopio, Cory, Hargreaves & Savith LLP<br>530 B Street, Suite 2100<br>San Diego, CA 92101-4469<br>Telephone: (619) 238-1900<br>Facsimile: (619) 235-0398<br>Email: scb@procopio.com | By E-Mail Transmission and U.S. Mail |

☒ (BY MAIL). I placed true copies thereof in sealed envelopes, addressed as shown, for collection and mailing pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business.

☐ (BY FEDERAL EXPRESS). I placed true copies thereof in a sealed Federal Express envelope, air bill addressed as shown, for collection and delivery

pursuant to the ordinary business practice of this office which is that correspondence for overnight delivery via courier service is collected and deposited with the courier service representative on the same day in the ordinary course of business.

☐ (BY PERSONAL SERVICE). I served the documents via personal service using First Legal Support Services to the parties indicated above.

☐ (BY FACSIMILE). At approximately [Transmission Time], by use of facsimile machine, I served a copy of the above documents. The facsimile machine that I used complied with California Rules of Court, Rule 2003(3) and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2005, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the state of California that the foregoing is true and correct and that this proof of service was executed on April 6, 2007, at San Diego, California.

/s/ Francesca Romero
Francesca Romero

SD 866786 v1