cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SYNTHES (U.S.A.), a Pennsylvania partnership, | ) ) ) | Civil No.07cv0309 L (AJB) |
| Plaintiff, | ) ) | Order Permitting Limited Additional Briefing and Vacating Hearing Date |
| v. | ) ) | |
| G.M. DOS REIS JR. IND. COM. DE EQUIP. MEDICO a/k/a GMREIS, a Brazilian corporation, | ) ) ) ) | |
| Defendants. | | |

Defendants contacted the Court today to request leave to file a Surreply to address new information Defendants allege Plaintiff raised for the first time in the Reply and attached declarations. Defendants' request is GRANTED, however, Defendants shall limit the Surreply to only address the allegedly new information raise by Plaintiff in the Reply, and may not include any additional information not previous raised in the moving papers without first making a proper application to the Court demonstrating good cause as to why any such additional information should be considered by the Court

///

///

///

///

1  at this late juncture.  The hearing date set for June 5, 2007 at 3:30 p.m. before Judge Battaglia is hereby
2  vacated.  Any further hearing dates for this motion will be set as needed by the Court.
3       IT IS SO ORDERED.

5  DATED:  June 4, 2007

                                             _____
                                             Hon. Anthony J. Battaglia
                                             U.S. Magistrate Judge
                                             United States District Court